**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
M.F., individually and on behalf of J.F.,

                       Plaintiff,

        -against-                              23 **CIVIL** 2017 (PAE)

                                                <u>**JUDGMENT**</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,

                       Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 22, 2024

                                     **RUBY J. KRAJICK**
                                _____
                                    **Clerk of Court**

      **BY:**
                                    _____
                                      **Deputy Clerk**